# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PINK FLOYD (1987) LIMITED, | Case No.: 1:23-cv-04051 |
| Plaintiff, | |
| v. | Judge John F. Kness |
| THE OWNER AND/OR OPERATOR OF DISCJAPAN.COM, | Magistrate Judge Heather K. McShain |
| Defendant. | |

### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANT IDENTIFIED AS THE OWNER AND/OR OPERATOR OF DISCJAPAN.COM

Plaintiff hereby moves this Honorable Court for entry of Default and Default Judgment against the Defendant identified as the Owner and/or Operator of discjapan.com.

Plaintiff files herewith a Memorandum of Law in support.

DATED: August 25, 2023

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 25, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendant by third parties that includes a link to said website.

                                               /s/ *Keith A. Vogt*
                                               Keith A. Vogt